UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALEXANDER ARAGON ARAGON DIAZ,<br><br>                    Petitioner,<br><br>          v.<br><br>FERETI SEMAIA et al,<br><br>                    Respondent. | Case No. 5:26-cv-01233-DSF (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petitioner and **ORDERING** Respondents to immediately release Petitioner under the same conditions as he was released prior to his re-detention; return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; file a statement with the court within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and not re-detain Petitioner unless he receives process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(3), and the Due Process Clause of the Fifth Amendment.

///

Dated: May 14, 2026

_Dale S. Fischer_

HONORABLE DALE S. FISCHER
United States District Judge