JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER ARAGON ARAGON DIAZ,

                  Petitioner,

          v.

FERETI SEMAIA et al,

                  Respondent.

Case No. 5:26-cv-01233-DSF (MAR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner under the same conditions as he was released prior to his re-detention; return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; file a statement with the court within one business day of Petitioner's release, attesting to Respondents' compliance with this Order; and not re-detain Petitioner unless he receives process required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(3), and the Due Process Clause of the Fifth Amendment.

Dated: May 14, 2026



_____

HONORABLE DALE S. FISCHER
United States District Judge