UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER ARAGON ARAGON DIAZ,<br>Plaintiff,<br>v.<br>FERETI SEMAIA et al,<br>Defendant. | Case No. 5:26-cv-01233-DSF-MAR<br><br>ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 |

Upon consideration of the Parties' Notice of and Stipulation to the Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, it is HEREBY ORDERED that the Parties' stipulation is APPROVED as follows:

1. Petitioner's counsel shall be awarded attorneys' fees, expenses, and costs under the Equal Access to Justice Act ("EAJA") in the amount of $4,000.00.

2. The negotiated amount represents compensation for all legal services rendered on behalf of Petitioner, to date, by counsel in connection with the habeas petition, in accordance with 28 U.S.C. § 2412.

///

///

The Parties submit that the stipulation was reached following good-faith negotiations by the Parties and does not constitute an admission of liability on the part of Respondents under the EAJA.

For these reasons, the stipulation is APPROVED.

Dated: October 7, 2026

MARGO A. ROCCONI
United States Magistrate Judge